No. 84–1588.   DUGGER v. DELTA AIRLINES.   Ct. App. Ga. Certiorari denied.

No. 84–1594.   GENSER v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 84–1596.   BIBBERO v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 84–1610.   SMITH v. FCX, INC.   C. A. 4th Cir.   Certiorari denied.

No. 84–1628.   WILLIAMS v. GENERAL MOTORS CORP.   C. A. 5th Cir.   Certiorari denied.

No. 84–1632.   SUTER v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 84–5343.   HUX v. MURPHY, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 84–5484.   JARRELL v. BALKCOM, WARDEN.   C. A. 11th Cir.   Certiorari denied.

No. 84–5547.   SALDANA v. WYOMING.   Sup. Ct. Wyo.   Certiorari denied.

No. 84–5797.   HERRERA v. NEW MEXICO.   Sup. Ct. N. M. Certiorari denied.

No. 84–5950.   RHEA v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 84–5954.   SAMS v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 84–5963.   WILLIAMS v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 84–5993.   ATNIP v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 84–6059.   THOMPSON v. REIVITZ, SECRETARY, DEPARTMENT OF HEALTH AND SOCIAL SERVICES, ET AL.   C. A. 7th Cir. Certiorari denied.

No. 84–6074.   GREGORY v. MARYLAND.   Ct. Sp. App. Md. Certiorari denied.